1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| Terrell Brown,<br><br>        Plaintiff,<br><br>vs.<br><br>Collecto, Inc. d/b/a EOS CCA,<br><br>        Defendant. | CASE NO. 3:11-cv-02816-CRB<br><br>[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES<br><br>[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES] |

**The Court has reviewed the Stipulation of** Defendant COLLECTO, INC. d/b/a EOS CCA ("Defendant"), by and through its respective counsel of record, David J. Kaminski of Carlson & Messer LLP, and by Plaintiff TERRELL BROWN ("Plaintiff"), by and through his respective counsel of record, Joshua B. Swigart of Hyde & Swigart, to dismiss, with prejudice, the above-entitled lawsuit in its entirety as to all parties named therein, pursuant to FRCP 41(a)(1). Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

IT IS SO ORDERED:

DATED: Nov. 17, 2011

_____
IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2

06789.00/179133

[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES
CASE NO. 3:11-cv-02816-CRB